McGREGOR W. SCOTT
United States Attorney
BENJAMIN B. WAGNER
Assistant U.S. Attorney
501 I Street, suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. Cr. S-92-478 GEB |
| Plaintiff, | |
| v. | MOTION FOR LEAVE TO DISMISS PURSUANT TO RULE 48(a); |
| SALVADOR MENDOZA, Sr. | ORDER |
| Defendant. | |

    The United States of America hereby moves pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure for leave to dismiss the Indictment in this case. In support thereof, the United States represents as follows:

    This case was indicted on October 16, 1992. The defendant, Salvador Mendoza, along with his son, Salvador Mendoza, Jr., was charged with possession of cocaine with intent to distribute, and conspiracy to possess cocaine with intent to distribute. Defendant Mendoza was also charged with use of a firearm during a drug trafficking offense. Both defendants pleaded guilty to all charges against them in the indictment. Salvador Mendoza, Jr. was subsequently sentenced to 78 months in prison.

    Salvador Mendoza, Sr. was scheduled to be sentenced on March

19, 1993.  On or about March 15, 1993, he absconded, and a bench warrant was issued for his arrest.  It is believed that he fled to Mexico.  In the 12 years since Salvador Mendoza absconded, law enforcement has been unable to locate the defendant, and it is believed that he is still in Mexico.  The only remaining pending matter in this case is sentencing of Salvador Mendoza.

I have discussed this case with a supervisor at DEA, the investigating agency.  Due to the staleness of the evidence, the likely loss of testimony in the intervening years, and the fact that it currently appears unlikely that the defendant will be apprehended and brought to this district in the near future, the Government seeks leave to dismiss the indictment as to defendant Salvador Mendoza in this case.

Date: May 8, 2005                         Respectfully Submitted,

                                          McGREGOR W. SCOTT
                                          United States Attorney

                                           /S/ Benjamin Wagner
                                      By:_____
                                          BENJAMIN B. WAGNER
                                          Assistant U.S. Attorney

McGREGOR W. SCOTT
United States Attorney
BENJAMIN B. WAGNER
Assistant U.S. Attorney
501 "I" Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. Cr. S-92-478 GEB |
| Plaintiff, ) | |
| v. ) | ORDER DISMISSING INDICTMENT |
| SALVADOR MENDOZA, ) | |
| Defendant. ) | |

The United States has moved pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure for leave to dismiss the Indictment.  Good cause having been shown, leave to dismiss the Indictment is **GRANTED**, and the Indictment is hereby **DISMISSED**.

Dated:  May 9, 2005

                              /s/ Garland E. Burrell, Jr.
                              GARLAND E. BURRELL, JR.
                              United States District Judge

3